# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D21-1219
_____

JAMEEL MALIK BURROUGHS,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

September 15, 2021

PER CURIAM.

DISMISSED as unauthorized. *See Baker v. State*, 878 So. 2d 1236, 1245 (Fla. 2004).

KELSEY, NORDBY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jameel Malik Burroughs, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.